**Electronically Filed
Intermediate Court of Appeals
29520
14-NOV-2012
08:20 AM**

NO. 29520

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I


STATE OF HAWAI‘I, Plaintiff-Appellee,
v.
PETER NEWAL MAHARAJ, Defendant-Appellant


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(Honolulu Division)
(HPD Traffic No. 1DTA-08-03393)

ORDER DENYING
DEFENDANT-APPELLANT'S MOTION FOR RECONSIDERATION
(By: Nakamura, Chief Judge, and Foley and Leonard, JJ.)

On November 5, 2012, Defendant-Appellant Peter Newal Maharaj (Maharaj) filed a Motion for Reconsideration of the Summary Disposition Order filed by this court on October 25, 2012.  Upon consideration of Maharaj's motion for reconsideration,

IT IS HEREBY ORDERED that the motion is denied.  See State v. Rivera, No. CAAP-11-0000774 (Hawai‘i App. Sept. 24, 2012) (SDO).

DATED: Honolulu, Hawai‘i, November 14, 2012.


Chief Judge

Associate Judge

Associate Judge